### YANELLA, Respondent, *v.* RAIMONDI, Appellant.

*(Common Pleas of New York City and County, General Term.   June 30, 1892.)*

Appeal from second district court.
Action by Gaettano Yanella against Domenico Raimondi.
Argued before BISCHOFF and GIEGERICH, JJ.
*R. Racey,* for appellant.   *F. J. Keller,* for respondent.
No opinion.   Motion to dismiss appeal granted, with costs.

---

### BARREAU, Appellant, *v.* HUTCHINSON, Respondent.

*(Common Pleas of New York City and County, General Term.   July 11, 1892.)*

Appeal from third district court.
Action by Irene Barreau against James L. Hutchinson.
Argued before BISCHOFF and GIEGERICH, JJ.
*H. A. View,* for appellant.   *T. F. Gibbens,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

### COHEN, Appellant, *v.* FINELITE, Respondent.

*(Common Pleas of New York City and County, General Term.   July 11, 1892.)*

Appeal from second district court.
Action by Nathan Cohen against Jacob Finelite.
Argued before BISCHOFF and GIEGERICH, JJ.
*H. Fox,* for appellant.   *G. W. Stephens,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

### FINLEY, Appellant, *v.* WYMAN, Respondent.

*(Common Pleas of New York City and County, General Term.   July 11, 1892.)*

Appeal from ninth district court.
Action by Henry H. Finley against John A. Wyman.
Argued before BISCHOFF and GIEGERICH, JJ.
*H. H. Finley, pro se.   A. C. Auberry,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

### GANS, Appellant, *v.* SALEM, Respondent.

*(Common Pleas of New York City and County, General Term.   July 11, 1892.)*

Appeal from ninth district court.
Action by Isaac L. Gans against Bnee Salem.
Argued before BISCHOFF and GIEGERICH, JJ.
*M. E. Goodhart,* for appellant.   *Jos. Steiner,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

### GLASER, Respondent, *v.* BLACKWOODS, Appellant.

*(Common Pleas of New York City and County, General Term.   July 11, 1892.)*

Appeal from eleventh district court.
Action by Julius Glaser against Sarah Blackwoods.
Argued before BISCHOFF and GIEGERICH, JJ.
No opinion.   Judgment affirmed, with costs.